IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RASHELL LAVERN CLARKE,

    Petitioner,     No. CIV S-12-0801 MCE EFB P

  vs.

W. J. SULLIVAN,

    Respondent.     ORDER
_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). Examination of the docket reveals that petitioner has already been granted permission to proceed *in forma pauperis*.

    Accordingly, petitioner's May 14, 2012 motion to proceed *in forma pauperis* is denied as unnecessary.

DATED: May 16, 2012.

                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE