IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RASHELL LAVERN CLARKE,

    Petitioner,                    No. 2:12-cv-0801 MCE EFB P

    vs.

W.J. WILSON,

    Respondent.                <u>ORDER</u>

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent has requested an extension of time to file and serve a response to the petition for writ of habeas corpus. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondent's July 9, 2012 motion is granted and respondent shall file and serve a response on or before August 9, 2012.

DATED: July 11, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE